## Commonwealth *v.* Mann, Appellant.

Submitted March 10, 1975. *William F. Kaminski,* Assistant Public Defender, and *Blake E. Martin,* Public Defender, for appellant; *Edwin D. Strite, Jr.,* First Assistant District Attorney, and *John R. Walker,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.


## Commonwealth, Appellant, *v.* Maurer.

Argued December 4, 1974. *Stewart J. Greenleaf,* Assistant District Attorney, with him *William T. Nicholas,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellant; *Donald J. Martin,* with him *Andrew L. Braunfeld,* and *Waters, Fleer, Cooper & Gallager,* for appellee.

OPINION PER CURIAM: We affirm the order of the court below. See *Commonwealth v. Cairns,* 234 Pa. Superior Ct. 331, 338 A.2d 680 (1975).

PRICE, J., dissents.

VAN DER VOORT, J., absent.